IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

Case No.: 1:25-cv-79-MR-WCM

DEAN ALTON HOLCOMB,

Plaintiff,

v.

JEFF JACKSON, ATTORNEY GENERAL OF NORTH CAROLINA,
AVERY [LAST NAME UNKNOWN], TRANSYLVANIA COUNTY DISTRICT ATTORNEY'S OFFICE,
UNKNOWN MAGISTRATE OF TRANSYLVANIA COUNTY,
Defendants.

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Plaintiff Dean Alton Holcomb, proceeding pro se, brings this action against the Attorney General of North Carolina, Jeff Jackson, the District Attorney's Office representative Avery, and an unnamed Magistrate of Transylvania County, alleging violations of his constitutional rights under the First and Fourteenth Amendments to the U.S. Constitution, and seeking declaratory and injunctive relief.

## I. JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 (federal question jurisdiction), 42 U.S.C. § 1983 (civil rights violations), and 28 U.S.C. § 2201-2202 (declaratory and injunctive relief).

2. Venue is proper under 28 U.S.C. § 1391(b) because the events giving rise to this claim occurred within the Western District of North Carolina.

## II. PARTIES

3. Plaintiff Dean Alton Holcomb is a U.S. citizen currently experiencing homelessness and seeking to exercise his fundamental right to access the courts as a pro se litigant.

4. Defendant Jeff Jackson is the Attorney General of North Carolina and is responsible for overseeing legal compliance in the state, including ensuring that magistrates and district attorneys follow constitutional law.

5. Defendant Avery [Last Name Unknown] is an employee at the Transylvania County District Attorney's Office who informed Plaintiff that the District Attorney's Office would take no action regarding perjury committed by Dr. Wright and Tiffany Teso despite evidence of these violations.

6. Defendant Unknown Magistrate of Transylvania County is a judicial officer who unlawfully refused to allow Plaintiff to file a criminal complaint regarding perjury and false statements made against him.

III. FACTUAL ALLEGATIONS

7. Plaintiff sought to file a criminal complaint for perjury against Dr. Wright and Tiffany Teso regarding false statements made in legal proceedings that have directly harmed Plaintiff's reputation, livelihood, and access to resources.

8. Plaintiff approached the Transylvania County Magistrate's Office to file these complaints, in accordance with North Carolina law, which allows private individuals to file criminal complaints.

9. The Magistrate unlawfully refused to accept the complaint, providing no valid legal reasoning for the refusal.

10. Plaintiff then contacted the District Attorney's Office of Transylvania County and spoke to an individual named Avery, who stated that the District Attorney would take no action on the perjury complaints.

11. The refusal to allow Plaintiff to file a legitimate criminal complaint or receive any consideration from the District Attorney's Office constitutes a violation of Plaintiff's rights under state and federal law.

12. Defendant Jeff Jackson, as Attorney General of North Carolina, is ultimately responsible for ensuring that magistrates and district attorneys comply with constitutional and statutory obligations to allow citizens access to the judicial system.

13. The refusal of these officials to permit the filing of a lawful criminal complaint constitutes an unconstitutional denial of access to justice.

14. Other North Carolina residents have been permitted to file similar complaints, but Plaintiff has been selectively denied this right due to his pro se status, homelessness, and ongoing legal challenges against public institutions.

IV. LEGAL CLAIMS

COUNT ONE – VIOLATION OF FIRST AMENDMENT (RIGHT TO PETITION THE GOVERNMENT)

15. Plaintiff incorporates all previous paragraphs as if fully stated herein.

16. The First Amendment guarantees individuals the right to petition the government for redress of grievances, including filing legal complaints.

17. The Magistrate's refusal to accept a valid criminal complaint denied Plaintiff this fundamental right.

18. The District Attorney's refusal to even consider the perjury claims further obstructed Plaintiff's ability to seek legal redress.

COUNT TWO – VIOLATION OF FOURTEENTH AMENDMENT (DUE PROCESS & EQUAL PROTECTION)

19. Plaintiff incorporates all previous paragraphs as if fully stated herein.

20. The Fourteenth Amendment protects individuals from arbitrary and discriminatory enforcement of laws and court procedures.

21. Other individuals have been permitted to file criminal complaints in Transylvania County, yet Plaintiff was selectively denied this right.

22. The Attorney General's failure to oversee and correct these injustices constitutes a dereliction of duty and a violation of Plaintiff's rights.

V. REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Declare that the refusal to allow Plaintiff to file a criminal complaint constitutes a violation of the First and Fourteenth Amendments.

2. Issue an injunction compelling the Magistrate's Office and District Attorney's Office to accept and process Plaintiff's criminal complaint in accordance with North Carolina law.

3. Issue an order requiring the Attorney General's Office to review and ensure compliance with due process protections for pro se litigants.

4. Award attorneys' fees and costs pursuant to 42 U.S.C. § 1988 if Plaintiff obtains pro bono representation.

5. Grant any other relief this Court deems just and proper.

Respectfully submitted,

Dean Alton Holcomb
Plaintiff, Pro Se
jgalt448@gmail.com
deanholcomb@mail.com
3-10-2025 ai